UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R.T.G. FURNITURE CORP.,

    Plaintiff,

v.                                      CASE NO.: 8:20-cv-01189

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

    Defendant.
_____/

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff R.T.G. Furniture Corp. ("RTG") advises the Court that RTG and Defendant National Union Fire Insurance Company of Pittsburgh, PA have reached a settlement in the above-captioned matter. RTG hereby dismisses with prejudice all claims in this action, with the parties to bear their respective attorneys' fees and costs.

Dated:   July 27, 2020                    Respectfully submitted,

HUNTON ANDREWS KURTH LLP

*/s/ Walter J. Andrews*
Walter J. Andrews - Trial Counsel
Fla. Bar No. 84863
Cary D. Steklof
Fla. Bar No. 86257
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-6407
Facsimile: (305) 810-2460
wandrews@HuntonAK.com
csteklof@HuntonAK.com

*Attorneys for Plaintiff, R.T.G Furniture Corp.*